AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of Georgia__ on the following

[X] Trademarks or  [ ] Patents.  ( [ ] the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:17-cv-499-MHC | DATE FILED<br>02/09/2017 | U.S. DISTRICT COURT<br>Northern District of Georgia |
|---|---|---|
| PLAINTIFF<br>Delta Air Lines, Inc. | | DEFENDANT<br>John Does 1-5 |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | Reg. No. 0523611 | 4/4/1950 | Delta Air Lines, Inc. |
| 2 | Reg. No. 0654915 | 11/19/1957 | Delta |
| 3 | Reg. No. 0802405 | 1/18/1966 | Deltamatic |
| 4 | Reg. No. 0963228 | 7/3/1973 | Delta Air Lines (In oval logo) |
| 5 | Reg. No. 0970418 | 10/9/1973 | Delta Air Lines, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment  [ ] Answer  [ ] Cross Bill  [ ] Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 6. Reg. No.1428763 | 2/10/1987 | Delta Connection |
| 7. Reg. No.1703774 | 7/28/1992 | Delta Shuttle |
| 8. Reg. No. 1733703 | 11/17/1992 | Delta Center |
| 9. Reg. No. 1740294 | 12/15/1992 | Delta Center (with Widget Logo) |
| 10. Reg. No. 2058985 | 5/6/1997 | Delta & 1960 Aircraft Design |

Continued

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Case Dismissed Voluntarily |

| CLERK<br>James N. Hatten | (BY) DEPUTY CLERK<br>s/Jill Ayers | DATE<br>1/5/2018 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**    **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**    **Copy 4—Case file copy**

[Print]  [Save As...]  [Reset]

| Reg. No. | Mark | Registration Date |
|---|---|---|
| 0523611 | DELTA AIR LINES | April 4, 1950 |
| 0654915 | DELTA | November 19, 1957 |
| 0802405 | DELTAMATIC | January 18, 1966 |
| 0963228 | DELTA AIR LINES (IN OVAL LOGO) | July 3, 1973 |
| 0970418 | DELTA AIR LINES | October 9, 1973 |
| 1428763 | DELTA CONNECTION | February 10, 1987 |
| 1703774 | DELTA SHUTTLE | July 28, 1992 |
| 1733703 | DELTA CENTER | November 17, 1992 |
| 1740294 | DELTA CENTER (WITH WIDGET LOGO) | December 15, 1992 |
| 2058985 | DELTA & 1960 AIRCRAFT DESIGN | May 6, 1997 |
| 2408003 | DELTA VACATIONS | November 28, 2000 |
| 2662451 | DELTA AIRELITE | December 17, 2002 |
| 2980826 | DELTA CONNECTION | August 2, 2005 |
| 3890727 | DELTA SKY CLUB | December 14, 2010 |
| 3994004 | DELTA ASSIST | July 12, 2011 |

13.

These registrations, which issued on the Principal Register, are in full force and effect. The majority of these registrations have long since acquired "incontestable" registration status. Attached as Exhibit A are sample extracts of these registrations from the United States Patent and Trademark Office.

14.

Delta offers and sells its goods and services under and in conjunction with, among others, the following WIDGET LOGO-related trademark and service mark registrations in the United States:

| Reg. No. | Mark | Registration Date |
|---|---|---|
| 0704103 | WIDGET LOGO | September 6, 1960 |
| 1143697 | WIDGET (OPEN) | December 16, 1980 |
| 2556013 | WIDGET LOGO | April 2, 2002 |

6

15.

These registrations, which issued on the Principal Register, are in full force and effect. All of these registrations have acquired "incontestable" registration status. Attached as Exhibit B are sample extracts of these registrations from the United States Patent and Trademark Office.

16.

Delta offers and sells its goods and services under and in conjunction with, among others, the following SKYMILES-related trademark registration in the United States:

| Reg. No. | Mark | Registration Date |
| --- | --- | --- |
| 1968255 | SKYMILES | April 16, 1996 |

17.

This registration, which issued on the Principal Register, is in full force and effect. This registration has long since acquired "incontestable" registration status. Attached as Exhibit C is an extract of this registration from the United States Patent and Trademark Office.

18.

The DELTA, WIDGET LOGO, and SKYMILES marks, along with the other Delta Marks, serve as unique and famous source identifiers for Delta and its various goods and services, including air transportation and other travel-related services.